■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN THURMOND, Appellant. [743 NYS2d 280] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered September 13, 2000, convicting him of attempted rape in the first degree and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence adduced at the trial in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Fiol,* 279 AD2d 477; *People v Lyons,* 197 AD2d 708). Prudenti, P.J., Smith, Friedmann and Adams, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED TRUSS, Appellant. [743 NYS2d 281] —Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Westchester County (LaCava, J.), imposed February 20, 1998, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed.

Contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80). Prudenti, P.J., Smith, Friedmann and Adams, JJ., concur.